IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF ARKANSAS

LITTLE ROCK DIVISION

| | |
|---|---|
| **ALEX K. WARE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 4:08-CV-2908-JMM |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of the Social** | ) |
| **Security Administration,** | ) |
| | ) |
| **Defendant** | ) |

## ORDER

The foregoing unopposed motion of the Commissioner of the Social Security Administration having been considered:

IT IS ORDERED, ADJUDGED AND DECREED that this matter is REMANDED to the Commissioner for a *de novo* hearing, pursuant to the sixth sentence of 42 U.S.C. § 405(g).

SIGNED this 11th day of March, 2009.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE