IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALEX K. WARE                                                                         PLAINTIFF

V.                          NO. 4:08cv02908 JMM

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                DEFENDANT

## AMENDED ORDER

On March 12, 2009, the Court entered an order remanding this case to the Commissioner of the Social Security Administration (doc. 10). The order stated that the remand was pursuant to the sixth sentence of 42 U.S.C. § 405(g), when the Commissioner's unopposed motion sought remand pursuant to the fourth sentence (doc. 9).

Accordingly, this matter is reversed and remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Judgment will be entered separately.

IT IS SO ORDERED this 21st day of October, 2009, *nunc pro tunc* to March 12, 2009.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE