IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALEX K. WARE                                                            PLAINTIFF

V.                        NO. 4:08cv02908 JMM

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                       DEFENDANT

## JUDGMENT

Judgment is hereby entered in accordance with the Court's amended order entered this date *nunc pro tunc* to March 12, 2009. This case is hereby reversed and remanded under the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of the Social Security Administration for further administrative proceedings.

IT IS SO ORDERED this 21st day of October, 2009, *nunc pro tunc* to March 12, 2009.

_____
UNITED STATES DISTRICT JUDGE