IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALEX K. WARE                                                                                          PLAINTIFF

V.                                      NO. 4:08cv02908 JMM

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                        DEFENDANT

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

THEREFORE,

(1) Plaintiff's first motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (doc. 11) is denied as moot;

(2) Plaintiff's second motion for attorney's fees pursuant to the EAJA (doc. 12) is granted;

(3) Plaintiff's attorney is entitled to an award of attorney's fees in the amount of $4,225.00; and

(4) The Commissioner is directed to certify and pay to Timothy M. White, attorney for Plaintiff, the amount awarded pursuant to the EAJA.

IT IS SO ORDERED this 16th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE